AD-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2003

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BRITT, W. EARL | U.S. District Court Eastern District - N.C. | 05.12.04 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ___ Nomination, Date ___<br>___ Initial ✓ Annual ___ Final | 1.1.03 TO 12.31.03 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| PO Box 27504<br>Raleigh, NC 27611 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| ✗ | NONE (No reportable positions.) | |
| 1 | | |
| 2 | | |
| 3 | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| ✗ | NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|

A. Filer's Non-Investment Income

| | | | |
|---|---|---|---|
| ✗ | NONE (No reportable non-investment income.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ | NONE (No reportable non-investment income.) | |
| 1 | 2003 | Self-Employed (Health Care Consultant) |
| 2 | | |

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting: W. EARL Britt

Date of Report: 05.12.04

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☒ | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☒ | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☒ | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=25,000,001-50,000,000  P4=50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| Description of Assets | B. Income (1) Amt. Code (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions (1) Type (e.g. buy/sell/ redemption) | (2) Date Month/Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income,) | | | | | | | | | |
| 1 JEFFREY G. LEWIS NOTE RECIEVABLE | A | INT | J | T | | | | | |
| 2 GENERAL ELECTRIC | A | Div | | | SELL | 4.14 | J | A | |
| 3 PARAGON TRADE BRANDS INC | | NONE | | | | | | | (BANKRUPT) |
| 4 PRUDENTIAL 20/20 FUND CLASS B | A | Div | | | SELL | 4.14 | J | A | |
| 5 PRUDENTIAL JENNISON GROWTH FUND, CLASS B | A | Div | | | SELL | 4.14 | J | A | |
| 6 PRUDENTIAL MONEYMART ASSETS FUND | A | Int. | | | SELL | 4.14 | J | A | |
| 7 PRUDENTIAL TOTAL RETURN BOND FUND, CLASS B | A | Int. | | | SELL | 4.14 | J | A | |
| 8 AOL TIME WARNER | A | Div | | | SELL | 4.14 | J | A | |
| 9 CISCO SYSTEMS, INC | | NONE | | | SELL | 4.14 | J | A | |
| 10 MCI WORLDCOM INC. | | NONE | | | SELL | 4.14 | J | A | |
| 11 TYCO INTERNATIONAL, INC | | NONE | | | SELL | 4.14 | J | A | |
| 12 ALLIANCE CAPITAL HOLDING | A | Div | | | SELL | 4.14 | J | A | |
| 13 INTEL | A | Div | | | SELL | 4.14 | J | A | |
| 14 NOKIA | ' | NONE | | | SELL | 4.14 | J | A | |
| 15 NC MUNICIPAL POWER AGENCY NO 1 - CATAWBA | A | INT | J | T | | | | | |
| 16 PRUDENTIAL MUNICIPAL BOND FUND | A | Div | | | SELL | 4.14 | J | A | |
| 17 PRUDENTIAL NATIONAL MUNICIPAL FUND, CLASS A | A | Dist. | | | SELL | 4.14 | J | A | |

1. Income/Gain Codes: (See Col. B1, D4) A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000

2. Value Codes: (See Col. C1, D3) J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=More than $50,000,000

3. Value Method Codes: (See Col. C2) Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market  U=Book value  V=Other  W=Estimated

# FINANCIAL DISCLOSURE REPORT

| | | | |
|---|---|---|---|
| Name of Person Reporting | W. EARL Britt | Date of Report | 05.12.04 |

## VII. Page 2 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| Description of Assets | Amt Code (A-H) | Type (Div, Int) | Value Code (J-P) | Value Method Code (Q-W) | Type (Buy, Sell) | Date | Value Code (J-P) | Gain Code (A-H) | Identity of buyer/seller |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 18 AMERICAN EXPRESS | A | Div | | | SELL | 4.14 | J | A | |
| 19 JDS UNIPHASE | | None | | | SELL | 4.14 | J | A | |
| 20 BRISTOL MYERS SQUIBB | A | Div | | | SELL | 4.14 | J | A | |
| 21 DUKE ENERGY CORP. | A | Div | | | SELL | 4.14 | J | A | |
| 22 WILLIAMS COMPANIES INC | | None | | | SELL | 4.14 | J | None | |
| 23 SHEPHERD STREET EQUITY | | None | L | T | Buy | 4.16 6.10 | L | | |
| 24 SCHWAB MONEY MARKET FUND | A | INT | J | T | Buy | 4.7 | J | | |
| 25 VANGUARD INTER TERM BOND INDEX FD | A | INT | K | T | Buy | 6.10 | K | | |
| 26 SHEPHERD STREET EQUITY | | None | J | T | Buy | 4.8 12.8 | J | | |
| 27 SCHWAB MONEY MARKET FUND | A | INT | J | T | Buy | 3.25 | J | | |
| 28 VANGUARD INTER TERM BOND INDEX FUND | A | INT | J | T | Buy | 4.8 | J | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000

2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000

3. Value Method Codes:  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book value  V=Other  W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | W. EARL BRITT | 05.12.04 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

SECTION VII, ITEM 1, REFLECTS INTEREST PAYMENTS ON INSTALLMENT SALE NOTE OF 9.30.96.

SECTION VII, ITEMS (23, 24, 25) and (26, 27, 28) ARE SHOWN SEPERATELY AS THEY ARE IN DIFFERENT ACCOUNTS.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____    Date  05.12.04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

**FILING INSTRUCTIONS**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544